**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard J. Jewett; Donna Farar Jewett, ) | No. CV 11-135-PHX-JAT |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Bank of America, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Pursuant to the stipulation of the parties as entered into the record, and based on the exhibits received in evidence, the argument of the parties, and the written filings by the parties, the Court grants Plaintiffs' motion for preliminary injunction (Doc. 10) as follows.[1]

IT IS ORDERED that the Court finds that the lien which is Exhibit 8 in evidence is invalid as envisioned in A.R.S. § 33-420(b) and based thereon, the Court grants the relief specified in A.R.S. § 33-420(b) and orders Bank of America to immediately clear title to the real property referred to in this record as the primary residence and located at 13918 North 98th Place, Scottsdale, Arizona further described as Assessor Parcel No. 217-50-783 and further described as: Lot 49, of Madrid, according to the plat of record in the office of the county recorder of Maricopa County in Book 622 of Maps, Page 33.

---

[1] By the stipulation on the record, the parties agreed that Plaintiffs would not be required to post a bond.

1   IT IS FURTHER ORDERED that the title be cleared by Bank of America executing

2   the release documents evidenced in Exhibit 34[2] by 5:00 p.m. Friday, February 18, 2011.

3   IT IS FURTHER ORDERED that the Court finds that the relief requested and granted

4   by this Court is specifically provided for by statute in A.R.S. § 33-420(b) and to the extent

5   this is considered injunctive relief and to the extent it requires a finding of irreparable harm,

6   the Court finds it is presumed in the statutory section referenced.

7   IT IS FURTHER ORDERED that Plaintiffs shall not encumber the secondary

8   residence at 14417 North 99th Street, Scottsdale, Arizona, Assessor Parcel No. 217-16-831

9   Lot 118, of Costa Verde, according to the Plat of Record in the Office of the County

10  Recorder of Maricopa County known as 14417 North 99th Street, and evidenced in Exhibit

11  4 in evidence, until they have caused to be executed and recorded a corrective deed of trust

12  securing Bank of America's interest in that property, which shall be entered within 30 days

13  from the date of this Order.

14  IT IS FURTHER ORDERED that by virtue of this the stipulation between the parties

15  and by virtue of this Court's order there is no waiver of the rights of the parties to pursue

16  their claims for damages.

17  IT IS FURTHER ORDERED that Defendant's oral motion to amend the answer is

18  denied as moot.

19  IT IS FURTHER ORDERED that Plaintiffs' oral motion to consolidate the Rule 65

20  hearing with a trial on the merits is denied.

21  DATED this 16th day of February, 2011.

22

23

24  _____
    James A. Teilborg
25  United States District Judge

26

27  _____

28  [2] A copy of which is attached.

CASE NO. <u>CV 11-0135-PHX-JAT</u>___
<u>Jewett, et al. v.</u>_____
vs. <u>Bank of America NA, et al.</u>__
DEFENDANT'S EXHIBIT  <u>34</u>__
DATE:  <u>2/16/11</u>_____ IDEN.
DATE: _____ EVID.
  BY: _____
      Deputy Clerk

When recorded, return to:

Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Attention: Ryan S. Patterson, Esq.

## DEED OF FULL RELEASE AND FULL RECONVEYANCE

Bank of America, NA, as Lender and beneficiary under that certain Deed of Trust ("Deed of Trust") executed by Richard J. Jewett and Donna Farrar NKA Donna J. Jewett, husband and wife, as Borrower and trustor, dated as of May 27, 2006, recorded on January 10, 2007, in the Official Records of Maricopa County, State of Arizona at Recorder's No. 2007-0041263, hereby releases and conveys to the person or persons legally entitled thereto, without covenant or warranty, express or implied, all right, title, interest and estate now held for the benefit of Lender and beneficiary thereunder in and to the real property described in the Deed of Trust.

IN WITNESS WHEREOF, these presents are executed as of the ___ day of February, 2011.

BANK OF AMERICA, NA, a national banking association

By:_____
Name:_____
Its:_____

BENEFICIARY

QB\12467266.1

STATE OF _____       )
                                 ) ss.
County of _____      )

    This instrument was acknowledged before me on _____, 2011, by _____, the _____ of Bank of America, a national banking association, on behalf of thereof.


                                       _____
                                       Notary Public

My Commission Expires:

_____

-2-

QB\12467266.1